1
2
3
4
5
6
7
8                        UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   TONY ALLEN,                          No.  1:22-cv-00500 GSA (PC)

12              Plaintiff,                ORDER GRANTING PLAINTIFF'S MOTION
                                          FOR AN EXTENSION OF TIME TO FILE AN
13        v.                              AMENDED COMPLAINT

14   G. ONG, et al.,                      (ECF No. 13)

15              Defendants.               PLAINTIFF'S AMENDED COMPLAINT
                                          DUE IN SIXTY DAYS
16

17
          Plaintiff has filed a motion for a 60 day extension of time  in which to file a first amended
18
     complaint.  See ECF No. 1.  In support , Plaintiff states that he needs additional time to gather
19
     information related to the surgery at issue in this case.  See generally id.  Good cause appearing,
20
     the motion will be granted.
21
          Accordingly, IT IS HEREBY ORDERED that:
22
          1.  Plaintiff's motion for an extension of time (ECF No. 13) is GRANTED, and
23
          2.  Within sixty days from the date of this order, Plaintiff shall file his first amended
24
     complaint.
25

26
          **Plaintiff is cautioned that failure to comply with this order within the time allotted**
27
     **may result in a recommendation that this matter be dismissed.**
28
                                          1

IT IS SO ORDERED.

   Dated:   __**May 10, 2025**__              __**/s/ Gary S. Austin**__

                                   UNITED STATES MAGISTRATE JUDGE